UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEVE BAUS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUENT, INC., and FLUENT, LLC d/b/a SAVETODAY<br><br>Defendants. | Case No. 2:24-cv-00801-JHC<br><br>ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANTS FLUENT, INC. AND FLUENT, LLC'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

On July 8, 2024, the Parties filed the Joint Stipulation to Extend Time to Respond to Initial Complaint asking the Court to extend the time to respond to Plaintiff's Initial Complaint to August 12, 2024.  Dkt. # 12.

The Court, having considered the Parties' Stipulation, and for good cause shown, hereby GRANTS the stipulation and ORDERS as follows:

Defendants' time to Respond to Plaintiffs' Initial Complaint is extended to August 12, 2024.

/

ORDER GRANTING JOINT STIP TO EXTEND
TIME TO RESPOND- 1
Case No.: 2:24-cv-00801-JHC

1   DATED this 8th day of July, 2024.

*(signature)*

JOHN H. CHUN
United States District Judge

ORDER GRANTING JOINT STIP TO EXTEND
TIME TO RESPOND- 2
Case No.: 2:24-cv-00801-JHC