# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

STEVE BAUS, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

FLUENT, INC., and FLUENT, LLC d/b/a SAVETODAY,

    Defendants.

Case No. 2:24-cv-00801-JHC

ORDER GRANTING JOINT MOTION TO CONTINUE TIME TO ANSWER AND INITIAL SCHEDULING DATES

NOTE ON MOTION CALENDAR: AUGUST 8, 2024

    On August 8, 2024, the Parties filed the Joint Motion to Continue Time to Answer and Initial Scheduling Dates ("Joint Motion"). *See* Dkt. # 15.

    The Court, having considered the Parties' Joint Motion, and for good cause shown, hereby GRANTS the Joint Motion and Orders as follows:

    1.    Defendants' deadline to respond to the initial complaint is continued to September 13, 2024.

    2.    The deadline to make initial disclosures is continued to September 13, 2024, unless the Defendants file a motion to dismiss or to compel arbitration on or before that day. If Defendants file such a motion, the deadline to make initial disclosures is continued until seven days after the Court denies said motion.

    3.    The parties shall file their Joint Status Report on or before September 13, 2024, unless the Defendants file a motion to dismiss or compel arbitration on or before that day. If

Defendants file such a motion, the deadline to file the Joint Status Report is continued until seven days after the Court denies said motion.

IT IS SO ORDERED.

DATED this 8th day of August, 2024.

JOHN H. CHUN
United States District Judge