# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STEVE BAUS, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FLUENT, INC., and FLUENT, LLC d/b/a SAVETODAY,<br><br>    Defendants. | Case No. 2:24-cv-00801-JHC<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE TIME TO ANSWER AND INITIAL SCHEDULING DATES**<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 12, 2024 |

    Before the Court is the parties' Joint Motion to Continue Time to Answer and Initial Scheduling Dates. The Court, having considered the motion, and for good cause shown, GRANTS it and ORDERS as follows:

    1.    Defendants' deadline to respond to the initial complaint is continued to October 14, 2024.

    2.    The deadline to make initial disclosures is continued to October 14, 2024, unless the Defendants file a motion to dismiss or to compel arbitration on or before that day. If Defendants file such a motion, the deadline to make initial disclosures is continued until seven days after the Court denies said motion, assuming such a denial.

    3.    The parties shall file their Joint Status Report on or before October 14, 2024, unless the Defendants file a motion to dismiss or compel arbitration on or before that day. If Defendants file such a motion, the deadline to file the Joint Status Report is continued until seven days after the Court denies said motion, assuming such a denial.

DATED this 12th day of September, 2024.

                                        */s/ John H. Chun*
                                        JOHN H. CHUN
                                        United States District Judge