**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| STEVE BAUS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FLUENT, INC., and FLUENT, LLC d/b/a SAVETODAY<br><br>Defendants. | Case No. 2:24-cv-00801-JHC<br><br>**ORDER GRANTING JOINT REQUEST TO STAY ALL DEADLINES FOR FORTY-FIVE (45) DAYS** |

Before the Court is the parties' Joint Request to Stay All Deadlines for Forty-Five (45) Days, Dkt. # 19, asking the Court to stay all pending dates in order to allow the parties sufficient time to finalize and execute a written settlement agreement. The Court GRANTS the request. All pending deadlines in this action are stayed for forty-five (45) days. If a Stipulation of Dismissal is not filed by November 28, 2024, the parties must immediately contact the Court to schedule a status conference.

/

/

DATED this 16th day of October, 2024.

_____
JOHN H. CHUN
United States District Judge

ORDER GRANTING JOINT REQUEST TO STAY
ALL DEADLINES FOR FORTY-FIVE (45) DAYS
Case No.: 2:24-cv-00801-JHC