| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| STEVE BAUS, on behalf of himself and all others similarly situated, | Case No. 2:24-cv-00801-JHC |
| Plaintiff, | **ORDER GRANTING JOINT REQUEST TO STAY ALL DEADLINES UNTIL DECEMBER 16, 2024** |
| v. | |
| FLUENT, INC., and FLUENT, LLC d/b/a SAVETODAY | NOTE ON MOTION CALENDAR: November 22, 2024 |
| Defendants. | |

ORDER GRANTING JOINT REQUEST TO STAY ALL DEADLINES UNTIL DECEMBER 16, 2024
[Case No.: 2:24-cv-00801-JHC]

1  On November 22, 2024, the Parties filed the Notice of Settlement and Joint Request to Stay All Deadlines Until December 16, 2024 asking the Court to stay all pending dates in this action in order to allow the Parties sufficient time to finalize settlement payment as provided in the fully executed settlement agreement between the Parties. Dkt. # 21.

The Court, having considered the Parties' Joint Request, and for good cause shown, hereby GRANTS the stipulation and ORDERS as follows:

All pending deadlines in this action are stayed until December 16, 2024.

IT IS SO ORDERED.

DATED this 22nd day of November, 2024.

*[signature: John H. Chun]*
JOHN H. CHUN
United States District Judge

ORDER GRANTING JOINT REQUEST TO STAY
ALL DEADLINES UNTIL DECEMBER 16, 2024
[Case No.: 2:24-cv-00801-JHC]